CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG 27 2014

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 2:14CR00016 |
| | : Violations: 21 U.S.C. §§ 841(a)(1) & 843 |
| NEWTON CARROLL MULLINS | : |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. From December 2012 through March 2014, in the Western District of Virginia, DR. NEWTON CARROLL MULLINS knowingly, intentionally and unlawfully distributed more than 2,500 dosage units of hydrocodone, a schedule III controlled substance, without a legitimate medical purpose and beyond the bounds of medical practice.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E).

### COUNT TWO

The United States Attorney charges that:

1. From December 2012 through March 2014, in the Western District of Virginia and elsewhere, DR. NEWTON CARROLL MULLINS knowingly, intentionally and unlawfully obtained possession of and caused the possession of more than 10,000 dosage units of hydrocodone, a Schedule III controlled substance, by misrepresentation, fraud and subterfuge.

2. All in violation of Title 21, United States Code, Section 843(a)(3).

USAO# 2014R00159

DATE: _August 27_, 2014.

                                       _Timothy J. Heaphy/STR_
                                          UNITED STATES ATTORNEY